UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**MATTHEW WALLACE,** :
:
    Petitioner : No. 1:15-CV-02075
:
  vs. : (Judge Kane)
:
**WARDEN KATHY LANE** :
:
    Respondent :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Wallace's petition for writ of habeas corpus is dismissed.

2. The Clerk of Court shall close this case.

    S/ Yvette Kane
    Yvette Kane
    United States District Judge

Date: April 11, 2016